UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,                        Case No. 1:22-cr-20151

v.                                            Honorable Thomas L. Ludington
                                               United States District Judge
JENNIFER APRIL TRUDEAU,

                                               Honorable Patricia T. Morris
           Defendant.                   United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

      Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Jennifer April Trudeau's consent. ECF No. 18. On November 2, 2022, Judge Morris issued a R&R recommending that this Court accept Defendant's guilty plea. ECF No. 20.

      Although the R&R states that the parties may object to and seek review of the recommendations within 14 days of service, neither Plaintiff nor Defendant filed any objections. They have therefore waived their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, without coercion, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

      Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 20, is **ADOPTED**.

      Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 18, is **TAKEN UNDER ADVISEMENT**.

      Dated: November 18, 2022                              s/Thomas L. Ludington
                                                                         THOMAS L. LUDINGTON
                                                                          United States District Judge